**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ., No. 148213
158 Hilltop Crescent
Walnut Creek, CA 94597
Tel: (925) 588-0401
Fax: (888) 210-8868
tim@thimeschlaw.com

Attorneys for Plaintiff NEVA LEMA

TONY NEVAREZ, ESQ., No. 125664
Attorney at Law
    tonynevarez@att.net
225 30th Street, Suite 306
Sacramento, CA  95816
PH: (916) 444-2458
Fax: (916) 444-6909

Attorney for Defendants LA TERRAZA, INC.; and THE MORSE BUILDING LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVA LEMA,<br><br>    Plaintiff,<br><br>v.<br><br>LA TERRAZA, INC.; THE MORSE BUILDING, LLC, and DOES 1 through 50, Inclusive,<br><br>    Defendants.<br>_____/<br>RANDY LEMA,<br><br>    Plaintiffs,<br><br>v.<br><br>LA TERRAZA, INC., et al.<br><br>    Defendants.<br>_____/ | CASE NO. 2:10-CV-03063-WBS-DAD<br>Civil Rights<br><br><br><br>**STIPULATION AND [~~Proposed~~] ORDER SEEKING DISMISSAL WITH PREJUDICE AND RETAINED JURISDICTION TO INTERPRET AND ENFORCE THE ON-THE-RECORD SETTLEMENT AGREEMENT; LIMITED REQUEST FOR REFERRAL TO MAGISTRATE JUDGE DROZD FOR FUTURE PROCEEDINGS RELATED TO ENFORCEMENT**<br><br>RELATED CASE NO.<br>2:11-CV-01205-KJM-DAD<br><br><br>[TO BE FILED IN BOTH ACTIONS] |

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation and Proposed Order Re Dismissal and Retained Jurisdiction: Case Nos. 2:10-CV-03063-WBS-DAD; and 2:11−CV−01205−KJM−DAD**

**TO THE COURT:**

The Parties are pleased to report that thanks to the efforts of the Honorable Dale A. Drozd at the Settlement Conference held on July 28, 2011, these two related cases resolved in all respects, including Plaintiff's claims for statutory injunctive relief, statutory damages, and for an award of statutory attorney's fees, litigation expenses and costs. The terms of the Settlement were fully memorialized through an on-the-record settlement agreement. Pursuant to that agreement, the Parties sought and consented to the jurisdiction of Magistrate Judge Drozd for future purposes of interpreting and enforcing the settlement agreement.

Therefore, and pursuant to the terms of Settlement, the Parties request that the Court dismiss both of the related actions with prejudice, but that the Court retain jurisdiction to interpret and enforce the on-the-record settlement agreement. The Parties further request that the Court refer both cases to Magistrate Judge Dale Drozd for any future proceedings related to

////

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation and Proposed Order Re Dismissal and Retained Jurisdiction: Case Nos. 2:10-CV-03063-WBS-DAD; and 2:11−CV−01205−KJM−DAD**

— 2 —

interpretation and enforcement.

**SO STIPULATED.**

Dated: July 30, 2011                TIMOTHY S. THIMESCH
                                    THIMESCH LAW OFFICE

                                    /s/ Timothy Thimesch
                                    Attorneys for Plaintiff
                                    NEVA LEMA

Dated: August 17, 2011              TONY NEVAREZ
                                    LAW OFFICES

                                    /s/ Anthony Nevarez
                                    Attorneys for Defendants
                                    LA TERRAZA, INC.; and THE MORSE
                                    BUILDING LLC

**ORDER**

SO ORDERED.

Dated:   August 22, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation and Proposed Order Re Dismissal and Retained Jurisdiction: Case Nos. 2:10-CV-03063-WBS-DAD; and 2:11−CV−01205−KJM−DAD**                — 3 —